1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| GERARDO HERNANDEZ, | ) | Case No. 3:21-cv-09453-AGT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | **OF ENTIRE ACTION** |
| | ) | |
| PENINSULA FOODS, L.P. dba WENDY'S; | ) | |
| PETE METROPOULOS, Trustee of the PETE | ) | |
| AND VIVIAN METROPOULOS 1991 | ) | |
| FAMILY TRUST; VIVIAN | ) | |
| METROPOULOS, Trustee of the PETE AND | ) | |
| VIVIAN METROPOULOS 1991 FAMILY | ) | |
| TRUST; | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 22, 2022   MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez